UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM A. HOLIFIELD                                    CIVIL ACTION

VERSUS                                                  NUMBER: 07-7702

MICHAEL J. ASTRUE,                                      SECTION: "A"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION


**O R D E R**

The Court, having considered the briefs, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the decision of the Commissioner of the Social Security Administration denying plaintiff's applications for Social Security benefits is affirmed.

September 14, 2009

_____
UNITED STATES DISTRICT JUDGE